UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2305(DSD/JMM)

North of Sixty, Inc.,

v. **ORDER**

Commando Air Transport, Inc.,
et al.

It appears that more than ninety (90) days have elapsed since suit was filed and that no appearance has been entered by defendants.

The Federal Rules of Civil Procedure and the Local Rules of this district require that an answer or other pleading be filed. The court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the court in the absence of any objection by opposing counsel.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he is required to make an appearance or move for an extension of time to do so;

2. File an application for entry of default unless the required pleading is filed within ten (10) days; or

3. Advise the court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within thirty (30) days of this date, this case will be dismissed for lack of prosecution.

Dated: March 14, 2002

David S. Doty
United States District Judge

MAR 15 2002

FILED ______
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______