IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-2305 (DSD/JMM)

North of Sixty, Inc.,
a Minnesota corporation,

Plaintiff,

vs. **ORDER**

Commando Air Transport Inc.,
et al.

Defendants.

Upon Motion by Plaintiff, the Court's Order dated March 14, 2002 is hereby amended and modified and counsel for plaintiff is directed to:

1. Complete service upon all defendants within sixty (60) days from the date of this Order set forth below;
2. File an application for entry of default within sixty (60) days from the date of this Order set forth below, unless a responsive pleading is filed; or
3. Advise the Court in writing of any good cause to the contrary.

Dated: 4/19/02

David S. Doty
United States District Judge

FILED APR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________